SEALED

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

**FILED**

**June 22, 2026**

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

United States of America
v.
Demetria Ann Rodriguez

*Defendant(s)*

Case No. 3:26-MJ- 747-BW

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 17, 2026 in the county of Dallas in the Northern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers or Employees. |

This criminal complaint is based on these facts:

See attached Affidavit of DUSM Donald Thomas, Jr.

☑ Continued on the attached sheet.

*Complainant's signature*

Donald Thomas, Jr., DUSM

*Printed name and title*

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1.

Date: June 22, 2026

*Judge's signature*

City and state: Dallas, Texas

BRIAN MCKAY, U.S. Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

Affiant, Donald Thomas Jr., a Deputy Marshal with the United States Marshal Service being duly sworn under oath, do hereby depose and state the following:

INTRODUCTION AND AGENT BACKGROUND

1. I am a Deputy United States Marshal (DUSM) for the Northern District of Texas and have been since September 2020. I am currently assigned to the Dallas Division, located in Dallas, Texas. Since joining United States Marshals Service I have investigated violations of federal law, to include Federal Escape Cases, Supervised Release Violations, Dangerous Drugs, Failure to Register as a Sex Offender, Illegal Reentry into the United States, Assault of certain federal employees, and other federal law violations. I have gained experience through training, classes, and work conducting these types of investigations. Further, as a federal agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

2. I know that it is a violation of 18 U.S.C § 111(a)(1) when a person "forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties".

3. The information contained in this affidavit is based upon my direct participation in this investigation and based upon facts relayed to me by other law enforcement officers and my review of records and information provided. This affidavit is being submitted for the limited purpose of establishing probable cause for the charge

offence. As a result, I have not included each and every fact known to me concerning this investigation. This affidavit only includes the facts necessary to establish probable cause for the arrest of Demetria Ann Rodriguez (DOB: May 25, 1997) for assaulting an employee of the United States while such employee was engaging in official duties within the Dallas Division of the Northern District of Texas, on or about June 17, 2026, in violation of 18 U.S.C. § 111(a)(1).

## PROBABLE CAUSE

4. On June 17, 2026, in the Northern District of Texas, Dallas Division, Adult Victim[1] (AV) was approached and forcibly assaulted by an individual later identified as, Demetria Ann Rodriguez (Rodriguez) outside the Earle Cabell Federal Building, located at 1100 Commerce Street, Dallas, Texas 75242.

5. Specifically, AV was walking toward the entrance of the federal building, where AV was employed, when AV encountered Rodriguez. AV attempted to avoid contact and continued toward the building entrance. As AV continued to walk toward the federal building, Rodriguez continued to follow AV and intentionally struck AV with her hand, in the left shoulder and upper back area.

7. Rodriguez was then observed walking past the federal building after the incident towards the corner of Commerce and South Griffin where she eventually entered McDonalds.

8. AV then entered the federal building and reported the incident.

---

[1] Law enforcement is aware of the identity of the adult victim.

9. An investigation was opened into the incident, and I reported to the scene where I reviewed video footage obtained by the Public Safety Office related to the incident.

10. In my review of the incident I observed AV walking towards the federal building and being approached by Rodriguez. Rodriguez appeared to be wearing a dark color shirt, with blue pants, holding a satchel. Rodriguez pushed AV and continued to follow AV towards the federal building.

11. After reviewing the video, I proceeded to interview AV regarding to the incident. AV provided a description of the suspect as short, light skin female, with a blue shirt and blue jeans. This description matched the individual I observed in the video provided by Public Safety.

11. I, along with other law enforcement, canvased the area for the suspect.

12. On June 19, 2026, the suspect, who was identified as Rodriguez, was apprehended wearing what appeared to be the same shirt as the day of the attack.

13. A photo lineup was prepared and presented to AV and Rodriguez was positively identified.

6. At the time of the incident, AV was employed by the United States Attorney Office for the Northern District of Texas, Dallas Division and engaged in the performance of official duties.

## CONCLUSION

7. Based on the foregoing facts, there is probable cause to believe Demetria Ann Rodriguez violated 18 U.S.C. § 111(a)(1), Assaulting, Resisting, or Impeding Certain Officers or Employees (Simple Assault), by forcibly assaulting a federal officer. A violation of 18 U.S.C. §

111(a), where the offense constitutes simple assault, carries a statutory maximum penalty of up to one year of imprisonment.

Respectfully submitted,

_______________________________
Donald Thomas Jr., Deputy United States Marshal
United States Marshals Service

Agent sworn and signature confirmed via reliable electronic means, pursuant to Fed. R. Crim. P. 4.1 on June 22, 2026, 2026.

_______________________________
BRIAN MCKAY
United States Magistrate Judge
Northern District of Texas