IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEMETRIA ANN RODRIGUEZ | Case No. 3:26-MJ-747-BW |

**ORDER TO UNSEAL THE COMPLAINT**

Upon motion of the United States of America, for unsealing the Complaint filed June 23, 2026, in the above-referenced case and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the Complaint be unsealed as to the above-referenced case.

DATED this 24th day of June 2026.

BRIAN MCKAY
UNITED STATES MAGISTRATE JUDGE